IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| YOHAN WEBB, | ) | |
|---|---|---|
| Petitioner, | ) | 8:19CV476 |
| v. | ) | |
| STATE OF NEBRASKA, ET AL, and BRAD JOHNSON, Director of Lancaster County Department of Corrections, | ) | ORDER |
| Respondents. | ) | |

IT IS ORDERED that Petitioner's supplement (Filing no. 10), treated as a motion, is denied.

DATED this 18th day of November, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge