IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| YOHAN WEBB, | ) | |
|---|---|---|
| Petitioner, | ) | 8:19CV476 |
| v. | ) | |
| STATE OF NEBRASKA, et al., and BRAD JOHNSON, Director of Lancaster County Department of Corrections, | ) | ORDER |
| Respondents. | ) | |

After careful consideration,

IT IS ORDERED that Petitioner's Motion Requesting "3-Judge District Court" to Convene (Filing no. 12), Motion Requesting Appointment of Specific Counsel (Filing no. 13), Motion Requesting Copies (Filing no. 14), and Motion to Unseal (Filing no. 15) are denied.

DATED this 19th day of November, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge